*In re* MANUEL E. ROMEU FERNÁNDEZ.

*Número:* AB-1997-66          *Resuelto:* 30 de abril de 2003

PER CURIAM:

## I

El 16 de octubre de 2002 emitimos una Resolución en la cual concedimos al Lcdo. Manuel E. Romeu Fernández y a otros un término de treinta días para informar el estado procesal de un caso suyo ante el Tribunal de Primera Instancia, Sala Superior de San Juan. El licenciado Romeu Fernández desatendió dicha Resolución y no compareció ante nos como se le había ordenado.

El 30 de diciembre de 2002 emitimos una segunda Resolución, notificada personalmente, mediante la cual le concedimos cinco días a Romeu Fernández para que mostrara causa por la cual no debía ser sancionado por no haber cumplido con la referida Resolución de 16 de octubre de 2002. Al día de hoy Romeu Fernández no ha atendido nuestra Resolución de 30 de diciembre de 2002.

## II

Reiteradamente hemos señalado que los abogados tienen la ineludible obligación de responder diligentemente a nuestras órdenes y requerimientos. Hemos hecho claro que la indiferencia del abogado de no atender nuestros requerimientos u órdenes acarrea la imposición de severas sanciones disciplinarias. *In re Fernández Pacheco*, 152 D.P.R. 531 (2000); *In re Corujo Collazo*, 149 D.P.R. 857 (2000); *In re Ron Menéndez*, 149 D.P.R. 105 (1999); *In re López López*, 149 D.P.R. 82 (1999).

En el caso de autos el licenciado Romeu Fernández ha hecho caso omiso de nuestras Resoluciones de 16 de octubre y de 30 de diciembre de 2002. Es evidente que el licenciado Romeu Fernández no tiene ninguna disposición de cumplir con nuestras órdenes y requerimientos.

Por todo lo antes expuesto, *se suspende inmediata e indefinidamente al Lcdo. Manuel E. Romeu Fernández del ejercicio de la profesión de abogado hasta que otra cosa disponga el Tribunal. Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, de devolverles cualesquiera honorarios recibidos por trabajos no realizados y de informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país. Además, deberá certificarnos en treinta días el cumplimiento de estos deberes. Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y el sello notarial del abogado suspendido, y entregar ambos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.*

*Se dictará sentencia de conformidad.*

Los Jueces Asociados Señores Rebollo López y Hernández Denton no intervinieron.